Case 1:23-cv-00860-PLM-PJG   ECF No. 1, PageID.1   Filed 08/15/23   Page 1 of 7

FILED - GR
August 15, 2023 12:59 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB 8/15

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Clifford Anthony Schoening
496405

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v. Rachel Molloy (RMI) MDOC, All medical staff Known & unknown
Heidi Washington - Director

(Enter above the full name of the defendant or defendants in this action.)

Demand For A Jury Trial

Et'AL

1:23-cv-860
Phillip J. Green
U.S. Magistrate Judge

## COMPLAINT

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☑

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed. _None_

   2. Is the action still pending?   Yes ☐   No ☑

      a. If your answer was no, state precisely how the action was resolved: _None_

   3. Did you appeal the decision?   Yes ☐   No ☑

   4. Is the appeal still pending?   Yes ☐   No ☑

      a. If not pending, what was the decision on appeal? _None_

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐   No ☐
      If so, explain: _No_

II. **Place of Present Confinement** _____

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:

The injury happened at RmI the occurrence is happening at Ibc & RmI

-1-

## III. Parties

A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff __Clifford Anthony Schoening__
Address __1727 W. BlueWater Hwy, Ionia Mi 48846 - IBC__

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1 __Rachel Molloy__
Position or Title __RM14__
Place of Employment __MDOC__
Address __PO Box 30003 Lansing mi 48933__
Official and/or personal capacity? __And/ Personal Individual capacity__

Name of Defendant #2 __Heidi Washington__
Position or Title __Director of MDOC__
Place of Employment __MDOC__
Address __PO Box 30003 Lansing mi 48933__
Official and/or personal capacity? __And or Personal Individual capacity__

Name of Defendant #3 __Todd Lambart__
Position or Title __Hum__
Place of Employment __MDOC - IBC__
Address __1727 W. Blue Water Hwy Ionia Mi 48846__
Official and/or personal capacity? __And or personal Individual capacity__

Name of Defendant #4 __Dr. Matthew Wideman__
Position or Title __NP__
Place of Employment __MDOC - IBC__
Address __1727 W. BlueWater Hwy Ionia mi 48846__
Official and/or personal capacity? __And or personal capacity Individual__

Name of Defendant #5 __Et) Al TBD__
Position or Title ____
Place of Employment ____
Address ____
Official and/or personal capacity? ____

-2-

## IV. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

On or about 12-5-2022 I was subjected to a hand examination by NR/NP Matthew Wideman, of which he determined that I had a serious thumb injury. And needed medical treatment (MRI & surgery). His request sent to Rachel Molloy stated "Pt continues to have subluxations of the thumb which result in decreased ability to do ADL's with the affected hand (carry items, trays, hold cup, brush teeth, etc) Exam reveals very loose MCP joint of the left thumb. The joint easily subluxes (dislocates) with passive ROM, and patient has decreased grip strength w/ the left hand..." "Requesting MRI... for ligamentous laxity or instability." In response to the request, Rachel Molloy (RM14) (Def #1) acting in 1st level Review, Denied me the MRI/surgery stating "Based on the information provided, it appears this condition is not significantly interfering with his required ADL's..." Completely contradicting the examinating Dr's report. Since the denial and continued delay of specific medical treatment prescribed, my thumb became more severely injured and I continue to suffer immense pain, and it's affecting my ADL's. I drop things & feel extreme pain when trying to use my thumb. I even wake up in pain at night. It also affects my ability to defend myself if I'm in harms way. The diagnosis by the physician/Doctor Wideman sought mandatory treatment which was obviously needed and denied by Rachel Molloy. Dr. R. Coleman ordered "conservative care, activity modification, and a splint" on 12-29-22. Hum Todd Lambart and Dr Matthew Wideman, who knew of my serious medical injury, didn't even give me a splint as ordered by Dr. Coleman. Denying me proper treatment. I was given Naproxen for pain, it doesn't help enough, because my injury's gotten worse they raised my dosage and it still doesn't take away the pain.

I've been seen by over 6 physicians over the past year for my dislocated thumb. None of them have given me the proper medical care.

x [signature]  8-2-23
Signed by plaintiff
(Last Revised: June 2013)

My injury occurred last August of 2022; its now Aug 2023 &

-3-

## Claim Violations

Defendant #1 knew or should of known that if I am not provided with the adequate medical treatment I will suffer further, my hand can't heal, I will suffer a deformity (I had a similar injury to my right hand that wasn't treated right by MDOC & is now deformed & I suffer pain daily) and more immense pain and have a inability to perform my ADL's. Def. #1 Denial of Medical Treatment was Deliberate Indifferance to my serious medical need.

Defendants 3 & 4 and those to be named, knew or should of known that if I'm not provided with the adequate medical treatment I will suffer further, could get a thumb deformity and more immense pain and a inability to perform my ADL's. Dr. Coleman's order said to give me a splint and noone in healthcare has provided me with that. My injury occured last August 2022 It is now August 2023. I've been forced to deal with this Deliberate Indifferance for a year now. Making Defendant 2 liable as well

## Relief Sought

(1) That each Defendant pay to plaintiff as punitive damages for his mental, emotional, and physical pains, "etc" Punitive damages in the amount of $2,000,000 and Compensatory Damages in the amount of $500,000 each and Exemplary Damages in the amount of $1,000,000

(2) That any debt owed by me to the state, city, county, and federal, and child support, be paid by the state in conjunction with #1 above. And any funds that are provided to me of settlement and awarded, Not be debited from my funds placed in my account, until such funds are depleted and

(3.) I be allowed to send, once funds from this case are deposited in my account, money to whomever I need to.

-4-

Signed by Plaintiff
8-2-2023

V. **Relief**

State briefly and precisely what you want the court to do for you.

See Attached — pg 4                      Not to be taken for anything
- Also award me 1.5 million in cash, pay all debts I owe, including future medical payments or rent. I want the proper medical treatment for my thumb, and MRI's on both Knee's I have injuries and chronic pain not treated. I want permanent Details for acewraps c knee sleeves for both knees a permanent bottom bunk detail because of injuries

8-2-2023
Date

Signature of Plaintiff

496405

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(Last Revised: June 2013)

State of Michigan )
County of Ionia ) ss

Affidavit in Support

I, Clifford Schoening #496405 hereby state the following to be true and will attest to the same before this court.

— Facts —

All statements made in my Civil Action Complaint are true. The pain and suffering I am enduring physically, mentally, and emotionally, is that my thumb constantly hurts, it's dislocated, and I suffer pain to put it back in place. But when I do, my thumb becomes dislocated almost immediately.

I can't engage in basic ADL'S like I could normally. I endure intense pain when participating in activities.

I can't hold on and/or grip things I need to lift, this hurts when I try, and causes lingering pain.

I can't get a regular job because of this injury and am un-employed.

I've been denied proper pain medication by Dr's and other personnel in medical.

The injury occurred in August of 2022. It's now August 2023, I've never received a MRI, a splint, or proper medical care

8-2-2023

#496405

Clifford Schoening

6

NAME: Clifford Schoening
Number: 496405
Address: 1727 W. BlueWater Hwy
Address: Fonta, MI 48846

U.S. District Court
399 Federal Building
110 Michigan St, NW
Grand Rapids, MI 49503

