UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CLIFFORD ANTHONY SCHOENING,

        Plaintiff,

Case No. 1:23-cv-860

v.

Honorable Paul L. Maloney

RACHEL MOLLOY et al.,

        Defendants.
_____/

## ORDER FOR PARTIAL DISMISSAL

In accordance with the opinion filed this date:

**IT IS ORDERED** that Plaintiff's complaint against Defendants Wideman, Lambart, Washington, and "all medical staff known [and] unknown" be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   October 16, 2023                  /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge