UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFFORD ANTHONY SCHOENING
#496405,

    Plaintiff,

v.

RACHEL MOLLOY, et al.,

    Defendants.

_____/

Case No. 1:23-cv-860

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment.

Dated: July 29, 2024

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge